CHRISTIAN C. RASSMAN, ADMINISTRATOR, *vs.* THE
SHORE LINE ELECTRIC RAILWAY COMPANY.

Third Judicial District.

Argued April 10th—decided June 13th, 1913.

ACTION to recover damages for personal injuries resulting in the death of the plaintiff's intestate and alleged to have been caused by the defendant's negligence, brought to the Superior Court in New Haven County and tried to the jury before *Reed, J.;* the jury returned a verdict for the plaintiff for $3,000 which the trial court set aside as against the evidence, upon motion of the defendant, from which action the plaintiff appealed. *No error.*

*Robert C. Stoddard,* for the appellant (plaintiff).

*Michael Kenealy* and *Thomas M. Steele,* for the appellee (defendant).

PER CURIAM. The evidence failed to establish the neglect by the defendant of any duty owed by it to the

intestate and showed negligence on the part of the intestate in attempting to coast across the railway track in front of the car without observing the latter's approach. The verdict was therefore properly set aside.

There is no error.